# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAMES D. SCHNELLER,  :  No. 129 MM 2015

          Petitioner  :

          v.  :

DELAWARE COUNTY COURT OF  :
COMMON PLEAS, DELAWARE COUNTY  :
OPEN RECORDS OFFICER,  :

          Respondents  :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2015, the Petition for Review and the Application for Leave to Amend are **DENIED**.